IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLENN R. RILEY, #1782760 | § | |
|    Petitioner | § § | |
| V. | § § | No. 3:14-cv-0246-K |
| WILLIAM STEPHENS, Director<br>Texas Department of Criminal Justice<br>Correctional Institutions Division, | § § § § | |
|    Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No Objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED

Signed March 23rd, 2015.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1